```
                                                    CLERK'S OFFICE U.S. DIST COURT
                                                         AT ROANOKE, VA
                                                              FILED

                                                          APR 0 9 2010
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| ELLEN GILLS, Executrix of the Estate Of Grady D. Gills, | Civil Action No. 7:08-cv-00245 |
| Plaintiff, | |
| v. | JUDGMENT ORDER |
| UNITED STATES OF AMERICA | By: Hon. James C. Turk |
| | Senior United States District Judge |
| Defendant. | |

In accordance with the accompanying Memorandum Opinion, it is hereby

## ORDERED AND ADJUDGED

that Judgment on Plaintiff's claim for medical malpractice under 28 U.S.C. 28 U.S.C. § 2671–80 is entered in favor of Defendant.

The Clerk is directed to send copies of this memorandum opinion and the accompanying judgment to the counsels of record for Plaintiff and Defendant.

ENTER: This 9th day of April, 2010.

/s/ James C. Turk
Senior United States District Judge